**660**

■

**RUSS, Appellant,**

**v.**

**RUSS, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Arthur R. Samuel, David Kaplan, Stuart L. Lyon, Louisville, for appellant.

G. Phillip Deeb, Sr., Deeb & Segal, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner RALPH N. WALTER, Affirming.*

■

**Derrick Anthony FIELDS, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Matthew B. Quinn, Jr., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Miles H. Franklin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

■

**YOCOM, Commissioner of Labor etc., Appellant,**

**v.**

**Lawson SMITH et al., Appellees.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

Earl M. Cornett, Frankfort, Cyril E. Shadowen, Louisville, for appellant.

Leland Monhollon, Thomas A. Mitchell, Madisonville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

■

**James H. BEHR, Appellant,**

**v.**

**Margaret HELERINGER and Robert Heleringer, Appellees.**

Court of Appeals of Kentucky.

Dec. 6, 1974.

David Kaplan, Kaplan, Lyon, Brady & Samuel, Louisville, for appellant.

William Mellor, Mellor & Shaw, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.